IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA,<br><br>Plaintiff,<br><br>v.<br><br>JEA,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-4295-MHC |

## ORDER

This case comes before the Court on Plaintiff Municipal Electric Authority of Georgia ("MEAG")'s Emergency Motion to Re-Open Case and for Injunction Pending Appeal ("Emergency Motion") [Doc. 37].

On September 11, 2018, at 2:42 p.m., MEAG filed this lawsuit against Defendant JEA seeking a declaration that MEAG's Power Purchase Agreement ("PPA") with JEA is enforceable (Count I), asserting claims for JEA's alleged breach of the duty to cooperate in the PPA (Count II), and for specific performance (Count III). See Compl. [Doc. 1]. Later that day, at 11:38 p.m., JEA and the City of Jacksonville, Florida filed a complaint [Doc. 6-2] in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, against MEAG seeking a

declaration that the PPA violates Florida law. On October 2, 2018, MEAG removed this later-filed case to the United States District Court for the Middle District of Florida. See Def. MEAG's Notice of Removal [Doc. 1], City of Jacksonville v. Mun. Elec. Auth. of Ga., No. 18-cv-1174-BJD-JRK (M.D. Fla. Oct. 2, 2018) (the "Florida Action").

On October 5, 2018, JEA filed a Motion to Dismiss [Doc. 5] this case. On October 30, 2018, MEAG requested that this Court enjoin JEA from further prosecuting the Florida Action. See MEAG's Mot. for an Order Enjoining Def. JEA from Further Prosecuting its Second-Filed Action in Florida ("MEAG's Mot. to Enjoin") [Doc. 14]. On April 9, 2019, this Court dismissed MEAG's request for a declaratory judgment without prejudice because, among other reasons, the Court found that MEAG lacked standing to request a declaratory judgment on whether the PPA is and will continue to be enforceable. Apr. 9, 2019, Order [Doc. 28] at 15-16. The Court also found that granting MEAG leave to amend the Complaint would be futile because it would not establish that MEAG had standing at the time it filed this lawsuit. Id. at 15-16 n.4. The Court also dismissed MEAG's breach of contract and specific performance claims. Id. at 22. Having dismissed all of MEAG's claims, the Court denied as moot MEAG's requested injunction barring JEA from further prosecuting the Florida Action. Id. at 23-23.

On April 10, 2019, MEAG appealed this Court's dismissal order to the United States Court of Appeals for the Eleventh Circuit. Notice of Appeal [Doc. 30]. On June 3, 2019, the Eleventh Circuit denied MEAG's motion for an injunction without prejudice to it first seeking such relief from this Court. See Order, Mun. Elec. Auth. of Ga. v. JEA, No. 19-11373-FF (11th Cir. June 3, 2019) ("11th Cir. Order") [Doc. 36].

On June 7, 2019, MEAG filed the Emergency Motion requesting the Court "re-open this case, expedite briefing on an emergency basis, and issue an order enjoining Defendant JEA from taking further action in the [Florida Action] . . . ." Mot. at 1. On June 10, 2019, the Court denied the Emergency Motion to the extent that MEAG requested this Court re-open this case because the appeal to the Eleventh Circuit divests this Court of jurisdiction to take substantive action other than in aid of the appeal. June 10, 2019, Order [Doc. 38] at 2. To the extent that MEAG sought a stay of the Court's April 9, 2019, Order, the Court indicated it would rule after receiving briefs from the parties. Id. at 3.

On July 16, 2019, the Honorable Brian J. Davis ordered that the Florida Action be transferred to this Court pursuant to 28 U.S.C. § 1404. See July 16, 2019, Order [Florida Action Doc. 104]; July 12, 2019, Order [Florida Action

3

Doc. 98]. On July 17, 2019, the Florida Action was transferred to this Court.[1]

Because the Florida Action is now pending before this Court, there is no risk of duplicative litigation in a different forum. As a result, MEAG's request for an injunction enjoining JEA from further prosecuting the Florida Action is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 17th day of July, 2019.

*/s/ Mark H. Cohen*
MARK H. COHEN
United States District Judge

---

[1] The Florida Action is now docketed in this Court as Civil Action No. 19-cv-3234-MHC.